# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS**

FILED ___ RECEIVED
✓ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 30 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: RTW DEPUTY

I, __Amado Carrillo__, am representing myself and
(Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: __30/Dic/2025__  Signature: __AmadoCarrillos__

Email Address (Please print legibly):
__A_Sada98@yahoo.com__

Confirm Email Address:
__A_Sada98@yahoo.com__

Mailing Address:
__2041 nightrider Drive Las vegas NV 89134__

Telephone Number:
__702 890 1238__

Case Number(s):
__2:25-cv-02608-GMN-DJA__