UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

Case No.: 2:25-cv-02608-GMN-DJA                    1/20/2026

Amado Carrillo, Plaintiff, Pro Se

vs. ------------------------------

Oscar Diaz, et al., Defendants



NOTICE TO THE COURT REGARDING COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 65(b)

Plaintiff: Amado Carrillo 2041 Nightrider Drive Las Vegas, NV 89134 Phone: 702-890-1238 Email: a_sada98@yahoo.com

To: The Honorable Judge Gloria M. Navarro and Magistrate Judge Daniel J. Albregts, United States District Court, District of Nevada

Re: Case No. 2:25-cv-02608-GMN-DJA – Notification of Compliance with Rule 65(b)

Dear Judge Navarro and Magistrate Albregts:

I, Amado Carrillo, Plaintiff appearing pro se in the above-captioned matter, respectfully submit this notice to inform the Court that I have taken steps to comply with Federal Rule of Civil Procedure 65(b) regarding notification of the Defendants in connection with my pending Ex Parte Motion for Temporary Restraining Order (TRO) and Preliminary Injunction.

On [Insert Date of Mailing/Email], I provided formal notice of this Emergency Motion to First Help Massachusetts, Legal Department – Compliance, at 160 Gould Street, Suite 100, Needham, MA 02494, via Certified Mail and electronic mail. Proof of delivery and acknowledgment of receipt is attached as Exhibit B.

In compliance with Rule 65(b), Plaintiff also provides the following explanation for why ex parte relief is requested: Defendants are threatening imminent repossession of the vehicle (VIN: 3C4NJDBN9ST587565), which would cause irreparable harm including loss of the \$10,000 down payment, seven monthly payments of \$799.18, loss of prorated insurance refunds, loss of family transportation, and damage to credit. Waiting to provide notice before filing this motion would likely result in immediate, irreparable harm that cannot be remedied by monetary damages, justifying the ex parte request.

This notice demonstrates Plaintiff's good-faith effort to notify Defendants by phone, and now by mail and email, in connection with seeking temporary injunctive relief, and is submitted for the Court's consideration in reviewing the pending TRO and Preliminary Injunction.

Respectfully submitted,

Amado Carrillo Plaintiff, Pro Se

Exhibit B: Proof of Notification to Defendants (Certified Mail and/or Email Confirmation)

Attached: Calls made to First Help Massachusetts (phone number 866-343-4345). On 1/2/2026, a 90-minute call was made on behalf of attempting to resolve the legal process, including the TRO and stopping repossession, in connection with resolving the matter of fraud. No response was received from First Help Massachusetts, only the threat of vehicle repossession.

WHEREFORE, Plaintiff respectfully requests that the Court grant the relief requested in this Motion, as supported Affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 1/20/2026 at Las Vegas, Nevada.

Amado carrillo      /s/ Amado Carrillos

On January 20, 2026, prior to filing this Emergency Motion, I provided notice to Defendants by electronic mail and certified mail to their Legal Department / Compliance.

Due to the imminent threat of repossession of my vehicle, waiting additional time for a response would have resulted in immediate and irreparable harm, including loss of my vehicle, down payment, monthly payments, insurance proceeds, and damage to my credit.

These efforts were made in good faith and in compliance with Federal Rule of Civil Procedure 65(b).

At the same time, I placed a telephone call to the lender, First Help Financial, Massachusetts, to confirm that the email notice had been received