UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

Case No.: 2:25-cv-02608-GMN-DJA

Amado Carrillo, Plaintiff, Pro Se vs. Oscar Diaz, et al., Defendants

NOTIFICATION AND NOTICE Compliance with Federal Rule of Civil Procedure 65(b)

**Amado Carrillo**
2041 Nightrider Drive
Las Vegas, NV 89134
Phone: 702-890-1238
Email: a_sada98@yahoo.com

**To:**
First Help Massachusetts
Legal Department – Compliance
160 Gould Street, Suite 100
Needham, MA 02494
Phone: 866-343-4345         FHFL-0000-1156-2784

**Re:** Notice of Emergency Motion / Request for Temporary Restraining Order & Preliminary Injunction
**Federal Case No.: 2:25-cv-02608-GMN-DJA**

Dear Legal and Compliance Department:

Please be advised that I, **Amado Carrillo**, am the Plaintiff in the above-referenced civil action currently pending in the United States District Court for the **District of Nevada**. This action involves serious allegations of fraud related to the financing of my 2025 Jeep Compass (VIN: 3C4NJDBN9ST587565).

Because the vehicle described above constitutes **critical evidence in this litigation**, I have filed an **Emergency Motion for a Temporary Restraining Order and Preliminary Injunction** with the Court, requesting that all repossession activities be **immediately stayed and suspended** pending the Court's review and ruling on that motion.

It is my understanding that **repossession of the vehicle** at issue is currently **scheduled for January 27, 2026**. I write to notify you, as required by applicable federal rules and practice, that the pending Emergency Motion seeks to prevent any such action prior to the Court's consideration, on the basis that doing otherwise may cause **irreparable harm**.

**Irreparable Harm:** The term "irreparable harm" refers to harm that cannot be adequately remedied by monetary damages or restored once it occurs. In the context of my pending federal litigation, repossession of the vehicle before the Court rules would, among other harms:

1. **Destroy or remove essential evidence** from the possession of the Plaintiff in violation of the evidentiary process;

1

2. **Cause significant disruption to my daily life and employment**, as the vehicle is necessary for transportation and work; and
3. **Inflict further financial and emotional harm**, particularly given the unresolved allegations of fraud presently before the Court.

This notice is provided to you in compliance with Rule 65(b) and customary principles of notice in federal practice, and is intended to ensure that you are aware of the pending motion and the urgency of the circumstances. Formal service and procedural compliance with the Court's rules will be completed in accordance with Court requirements.

Please **confirm receipt** of this notice at your earliest convenience. This correspondence is sent for the sole purpose of providing the notice contemplated by the Federal Rules of Civil Procedures and allowing the Court to consider the requested emergency relief prior to any action affecting the vehicle in question.

Since December 2025, I have made repeated attempts to contact First Help Massachusetts regarding [specify the term, issue, or concern]. I have called multiple times, by then I also sent this formally notices via email and by mail.

to following address at 160 Gould St, Suite 100, Needham, Massachusetts 02494.(first help massachusetts) Despite these efforts, I have received no response from the company, regarding all the legal process and the fraud claim.

Respectfully submitted and notified.

*Amado Carrillo*

Amado Carrillo
Plaintiff  1/20/2026

CASE number

2:25-CV-02608-GMN-DJA



```
                              PARADISE VALLEY
                         4975 UNIVERSITY CENTER DR
                         LAS VEGAS, NV 89119-9998
                                www.usps.com
01/20/2026                                        01:19 PM

                              Duplicate

Product                  Qty      Unit          Price
                                  Price

CelebrationBlooms         1       $0.78         $0.78

Grand Total:                                    $0.78

Cash                                            $5.00
Change                                         -$4.22


                           TO REPORT AN ISSUE
                    Visit https://emailus.usps.com

            All hazardous labels/markings on reused
                    boxes MUST be completely
              removed/obliterated if they no longer
                       match the contents.

                 PREVIEW YOUR MAIL AND PACKAGES
                       Sign up for FREE at
                  https://informeddelivery.usps.com

              All sales final on stamps and postage.
              Refunds for guaranteed services only.
                   Thank you for your business.

                         Customer Service
                          1-800-ASK-USPS
                         (1-800-275-8777)
                 Agents do not have any additional
               information other than what is provided on
                               USPS.com.

                   Tell us about your experience.
             Go to: https://postalexperience.com/Pos
              or scan this code with your mobile device.
```



```
                        or call 1-800-410-7420.


UFN: 314894-0017
Receipt #: 840-58900048-1-7053899-2
Clerk: 1
```

Case Number 2:25-cv-02608-GMN-DJA

From: Amado Carrillo
2049 nightrider Drive
Las vegas Nv. 89134

To: First Help Financial LLC
160 Goould St, Suite 100
Needham, MA 02494

amado carrillo contract number FHFL-0000-1156-2784

De:     Amad Sa (a_sada98@yahoo.com)

Para:   customerservice@firsthelp.com; a_sada98@yahoo.com

Fecha:  martes, 20 de enero de 2026, 11:36 a.m. PST

HELLO GOOD MORNING ADD A LETTER OF NOTICE ,
ACCORDING TO WITH FEDERAL RULE OF CIVIL PROCEDURE 65(B):
Case No. 2:25-cv-02608-GMN-DJAB).
AT UNITED SATES FEDERAL COURT DISTRIC OF NEVADA .
(I BEEN NOTIFYING ABOUT THIS COMPALIN BY PHONE AND NOW BY MAIL AND EMAIL.
) ATTACHED TO THIS EMAIL AND SENT BY MAIL   ( THE LETTER OF NOTIFY TO LENDER FIRST HELP MASSACHUSETS )


carta aceptada para el lender del tro.pdf
365.2 kB





Case Number:
2:25-CV-02608-GMN-DJA

+1 866-343-4345

↗ Outgoing call  HD
Jan 2, 3:19 PM            6min 0sec

↗ Outgoing call  HD
Jan 2, 3:25 PM            90min 16sec

 Call
 Video call
 Message
