Generated: Mar 2, 2026 11:21AM                                                                                                    Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Mar 2, 2026 11:21AM

Amado Carrillo
Roin Sandoval

Rcpt. No: 200018719    Trans. Date: Mar 2, 2026 11:21AM    Cashier ID: #AZ (4392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00

**Comments**: 2:25-cv-02608-GMN-DJA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.