1  Your Name: Amado Carrillo
2  Address: 2041 nightrider Drive Las vegas Nv. 89134
3  Phone Number: 702-890-1238
4  Fax Number:
5  E-mail Address: A_Sada98@yahoo.com
6  Pro Se Plaintiff

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

            DEC 30 2025

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Amado Carrillo

Plaintiff,

vs.

Oscar Diaz
Lisa Breitenwischer
Company: Stellantis Jeep
FCA US LLC. Chapman Jeep

Defendant.

Case Number: 2:25-cv-02608-GMN-DJA

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☒   No ☐

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

1. My case belongs in federal court

☒ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] Violation of Section 5 of the Federal Trade Comission Act 15 U.SC. §45, which Prohibits unfair or deceptive acts or Practices in or affecting commerce. Fraud

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

**VENUE**

Page 1 of 6

[*Nevada is one "judicial district." Check the box for each venue option that applies.*]

2. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

### INTRADISTRICT ASSIGNMENT

[*This District has two unofficial divisions. One is the "Northern Division" covering northern Nevada including Carson City, Churchill, Douglas, Elko, Eureka, Humboldt, Lander, Lyon, Mineral, Pershing, Storey, Washoe and Whitepine counties at the courthouse in Reno. One is the "Southern Division" covering southern Nevada including Clark, Esmeralda, Lincoln, and Nye counties at the courthouse in Las Vegas.*]

3. Because this lawsuit arose in **Clark** County, it should be assigned to the **Southern** Division of this Court.

### PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Amado Carrillo
Address: 2041 nightrider Drive, Las vegas NV 89134
Telephone: 702-890-1238
nine

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Jeep Chapman, Stellantis, FCA US LLC.
Address: [*if Defendant is an individual do not list home address, just use county and state*]
Telephone: 3175 E Sahara Ave, Las vegas NV 89104
Defendant 2: (702 432 2473)

1  Name: LiSA Breitenwischer
2  Address: [if Defendant is an individual do not list home address, just use county and state]
3  Telephone: (702)-432-2473
4  Defendant 3:
5  Name: Oscar Diaz
6  Address: [if Defendant is an individual do not list home address, just use county and state]
7  Telephone: (786)-852-1989

**STATEMENT OF FACTS**

[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

1. in April 4 2025, we my sister and my mother, i, went looking for a family vehicle, car. arriving the salesman dealer, that attend us at the dealership was oscar diaz. at 3175 E Sahara Ave, Las vegas Nevada 89104.

2. once He oscar diaz, Show us all the cars He have available, we show interest in the Jeep Compass 2025. Brand new car.

3. When we start the process, so we can Financed the vehicle, He ask for a car Down payment of 10,000 USD, He told us it was because I have no credit scored.

4. by then we start the process of the

Page 3 of 6

Paperwork of for the Jeep Compass purchase, and looking for a leander.

5. which in the following 2 hour's past, at the dealership, they found a lender, which is First Help in Massachussets, they told me, I need to pay 799.18 USD a month for the car, and they need the 10,000 USD to financed the car.

6. Oscar diaz, Never informed me, that the first year with the lender was just and pure interest. ~~He told He~~ if He would tell me or informe me this, I wouldn't accepted.

7. Oscar diaz, told me as soon I started, paying the car, and once I started my monthly car payments would be credited i my favor, so than in less than eight month's I would be able to refinanced the vehicle or trade in for another car.

8. when i tried to refinance or do a trade-in for my car at another dealership, i was told that my loan was underwater, for that reason I could not trad-in unless I paid 6,000 USD out of my pocket to cover the negative equaty.

9. Oscar Diaz, told me when I gave him the 10,000 USD, He told me 6,000 USD where going to Financial First Help, as Down payment, i contact the lender and they told me they never received any money.

10 → 12 in last page

*[Copy this page and insert it where you need additional space.]*

10. this end of year 2025, i been checking all my paperwork, thats when I found out the Fraud they make to me, Oscar diac and lisA Breitenwischer, used the Down payment on buying, extended warrantys, insurance, that i never required. Due to my lack of not reading well in English. they Just added.

11. they do not give anything to the lender, they never gave me a contract of First Help, Never informed me that the First year was pure interest,

12. I Have Spend in total 16,000 USD, including my Down payment, and monthly payments I had pay. 799.18 USD a month. Which i was paying a vehicle that its not even mine, when Oscar diaz, and lisa Breitenwisher, Never gave the 6,000 USD Down payment.

13. i have my sister and my mother as whitness in all this process, i have the receipts of where i gave my Down payments.

13. my 10,000 USD, where used to buy extended warrantys, and insurance, Oscar diaz and Lisa breinten wischer, add and they make it look that this products where Financed with First Help, when true was paid with my own money From Down payment. this is a scam and a Fraud. Have tickets and recepts.

page C 5 of 6

# CLAIMS

## First Claim

(Name the law or right violated: Violation of Section 5 of the Federal Comission Act 15 U.S.C 45 which Prohibits unfair or Deceptive acts or practices in or affecting Comrce.
(Name the defendants who violated it: Stellantis Jeep     Oscar diaz, Lisa Breitenwischer
[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

1. my car is underwater because the downpayment was not given to the lender, i cannot refinanced or do anything with the car because its underwater. I was told that once i i made my First monthly payment the money wold be credited to me in my C's Favor Just when not. when in reality it was toward Lender interest. i dont even own a single button of the car i already spent 16,000 usd and i was deceived in every aspect of this transaction.

3. in this scam i lost 10,000 us of Dawpayment, the 8 month's i beeing paying For something that is not even mine 6,000 usd, this is a Scam and False Pretence, Fraud.

ĸ. now i am unemployed, i can not Continued Paying For my Jeep that's why I wanted to refinanced, thing tha i can't (auese of underwater, i dont want my credit scored to be Damaged.

R. when lisa Breitenwischer and oscar dias didnt give not even a dollar o my Down payment. to the Fist Help Financial (Lender).

Page 6 of 6

_____ **Claim**

*(Name the law or right violated:* _____*)*

*(Name the defendants who violated it:* _____*)*

1. Oscar Diaz - Salesman at 3175 Champman E Sahara Las Vegas Nevada 89104.

2. Lisa Breitenwischer - She process the Document's, 3175 Champman E Sahara Las Vegas Nevada 89104.

3. Jeep Stellantis, FCA US LLC. Dealership ADress Legal Name Of Jeep Champma 3175 E Sahara Las vegas Nevada 89104


**DEMAND FOR RELIEF**

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

1. I am asking the court for assistance and requesting that the Dealership pay me 180,000 USD in damages for the Fraud they committed caused me Financial harm and other loose). I was deceived on every aspect of this transaction.

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 30/Dec/2025   Sign Name: /s/ Amado Carrillo
                    Print Name: Amado Carrillo