UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AMADO CARRILLO,
Plaintiff,

v.

OSCAR DIAZ; et al.,
Defendants.



Case No.: 2:25-cv-02608-GMN-DJA

### PLAINTIFF'S MOTION TO REQUEST STATUS AND RULING ON PENDING MOTIONS

Plaintiff also informs the Court that Defendants have been served with notice of this action and of the pending motions in accordance with Federal Rule of Civil Procedure 65(b); however, no Defendant has filed a response to the motions or otherwise appeared in this case to date.

In light of the pending motions and the absence of any response from Defendants, Plaintiff respectfully requests guidance from the Court regarding the next procedural steps necessary to move this case forward.

This Motion is submitted solely to seek clarification and direction from the Court and is not intended to burden the Court.

WHEREFORE, Plaintiff respectfully requests that the Court:

(a) Provide a ruling or status update on Plaintiff's pending emergency motions; and
(b) Provide guidance regarding the next procedural steps in this case.

DATED: 2/03/2026

_Amadocarrillos_
Amado Carrillo
Plaintiff, Pro Se

\*\*UNITED STATES FEDERAL DISTRICT COURT \*\*\*\*DISTRICT OF NEVADA – LAS VEGAS \*\*

Case No.: 2:25-cv-02608-GMN-DJA

\*\*Amado Carrillo, Plaintiff

vs.-----------------------------

DIAZ ET AL

**NOTICE OF PAYMENT AND URGENT MOTION**

Date: [ 2/03/2026 ]

To \:HONORABLE JUDGE GLORIA M. NAVARRO/MAGISTRATE JUDGE DANIEL J. ALBREGETS.

I, **Amado Carrillo**, Plaintiff in the above-captioned case, hereby notify the Court that the filing fee of **\$405** has been paid in full. Accordingly, my pending **Application to Proceed In Forma Pauperis** is no longer necessary and may be withdrawn.

I respectfully request that the Court **consider my pending motions for Temporary Restraining Order and Preliminary Injunction at the earliest possible time**, as there is an immediate risk of serious harm if relief is not granted promptly.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
**Amado Carrillo, Plaintiff.**

*AmadoCarrillos*