UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AMADO CARRILLO,
   Plaintiff, pro se,

v.

OSCAR DIAZ et al.,
   Defendants.



Case No.: 2:25-cv-02608-GMN-DJA

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STELLANTIS JEEP

Plaintiff Amado Carrillo, proceeding pro se, respectfully submits this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and states as follows:

1. Defendant STELLANTIS JEEP has not been served with the summons and complaint.
2. Plaintiff voluntarily dismisses this defendant without prejudice, and requests that the Clerk of the Court reflect this dismissal in the docket.

No other parties or claims are affected by this dismissal.

WHEREFORE, Plaintiff respectfully requests that Defendant STELLANTIS JEEP be dismissed from this action without prejudice.

DATED: *AmadoCarrillos*      03/04/2026

Respectfully submitted,

Amado Carrillo
Plaintiff, pro se