UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AMADO CARRILLO,

    Plaintiff,

v.

OSCAR DIAZ, et al.,
    Defendants.

Case No.: 2:25-cv-02608-GMN-DJA



## AMENDED COMPLAINT TO CORRECT DEFENDANT NAME

Plaintiff Amado Carrillo, proceeding pro se, respectfully submits this Amended Complaint to correct the legal name of one of the defendants. No other changes to the allegations, claims, or parties are being made.

1. The previous Complaint incorrectly identified the defendant as 'Jeep Champmans'.
2. The correct legal name of the LLC defendant is CHAPMAN'S LAS VEGAS DODGE, LLC.
3. This correction is necessary to ensure proper service of the complaint and to avoid any technical defects that could affect the validity of the lawsuit.
4. All other allegations and claims from the original Complaint remain unchanged.

WHEREFORE, Plaintiff respectfully requests that the Court accept this Amended Complaint with the corrected defendant name, and for such other and further relief as the Court deems just and proper.

DATED: *Amado Carrillos*

03/04/2026

Respectfully submitted,

Amado Carrillo
Plaintiff, Pro Se