UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AMADO CARRILLO,
   Plaintiff,

v.

OSCAR DIAZ, et al.,
   Defendants.

Case No.: 2:25-cv-02608-GMN-DJA



CERTIFICATE OF INTERESTED PARTIES

Pursuant to LR 7.1-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, Plaintiff Amado Carrillo, proceeding pro se, certifies as follows:

1. Plaintiff Amado Carrillo is an individual and has no parent corporations or publicly held companies owning 10% or more of his interest.

2. Defendant CHAPMAN'S LAS VEGAS DODGE, LLC is a limited liability company operating as an automotive dealership. To Plaintiff's knowledge: It is part of Chapman Automotive Group, a private family-owned business; no publicly held corporation owns 10% or more of its membership interests; and Stellantis N.V. is not a parent or owner of CHAPMAN'S LAS VEGAS DODGE, LLC.

3. Defendant FCA US LLC is a wholly owned subsidiary of Stellantis N.V., which is a publicly traded company.

4. Plaintiff is not aware of any other entity with a direct pecuniary interest in the outcome of this case.

DATED: _AmadoCarrillos_    03/04/2026

Amado Carrillo
Plaintiff, Pro Se