**FILED / ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD**

MAR 05 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: Ammi DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lisa Breitenwischer (Finance manager)
was received by me on *(date)* 4/March/2026.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Scott Stephens
_____[signature]_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Scott STEPHENS , who is
designated by law to accept service of process on behalf of *(name of organization)* (chapman)
General sales manager on *(date)* 4-march-2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 40.00 USD for travel and $ 180.00 USD for services, for a total of $ 22 0.00 USD.

I declare under penalty of perjury that this information is true.

Date: 4/March/2026

Roin o Sandoval
*Server's signature*

Roin o Sandoval  Process Server
*Printed name and title*

7260 Las Vegas Blvd S, Las Vegas NV 89119
*Server's address*

Additional information regarding attempted service, etc:

Attempted service on the registrate agent Christopher M. Grobl Esq. at his official address of 4625 W Neuso Dr Las Vegas Nevada, but the office was found to be closed and the agent was unavailable. Service was then completed by hand-delivery to Scott Stephens, who is the General sales manager and a managing agent of Champman's Las Vegas Dodge LLC, at 3470 Boulder Hwy.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action

```
FILED ____      ____ RECEIVED
ENTERED ____   ____ SERVED ON
     COUNSEL/PARTIES OF RECORD

         MAR 05 2026

    CLERK US DISTRICT COURT
    DISTRICT
BY: _____AMM_____ DEPUTY
```

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Oscar Diaz (Sales man)__

was received by me on *(date)* __4/March/2026__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __Scott Stephens__
~~_____~~, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Scott Stephens__, who is
designated by law to accept service of process on behalf of *(name of organization)* __General Sales manager (chapman)__ on *(date)* __4-march-2026__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:



My fees are $ __40.00 USD__ for travel and $ __180.00 USD__ for services, for a total of $ __220.00 USD__

I declare under penalty of perjury that this information is true.

Date: __4/march/2026__

__Roin o Sandoval__
Server's signature

__Roin o Sandoval  Process Server__
Printed name and title

__7460 Las Vegas Blvd S, Las Vegas NV 89119__
Server's address

Additional information regarding attempted service, etc:

Attempted service on the registrate agent Christopher H. Grobl Esq. at his official address of 4625 W. Neuso Dr. Las Vegas NV, but the office was found to be closed and the agent was unavailable. Service was then completed by hand-delivery to Scott Stephens, who is the General Sales manager and a managing agent of Champman's Las Vegas Dodge LLC. at 3470 Boulder Hwy.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**FILED / ENTERED / RECEIVED / SERVED ON**
COUNSEL/PARTIES OF RECORD
MAR 05 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: AMM  DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chapman's Las vegas Dodge, LLC
was received by me on *(date)* 4/March/2026.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Scott Stephens
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Scott Stephens, who is
designated by law to accept service of process on behalf of *(name of organization)* (chapman)
General Sales manager on *(date)* 4/march/2026 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 40.00 USD for travel and $ 180.00 USD for services, for a total of $ 220.00 USD

I declare under penalty of perjury that this information is true.

Date: 4/march/2026

Roin O Sandoval
*Server's signature*

Roin o Sandoval / Process Server
*Printed name and title*

7260 Las vegas BLVD S, Las vegas NV 89119
*Server's address*

Additional information regarding attempted service, etc:

Attempted Service on the Registred Agent christopher M. Grobl, Esq. at his official adress 4625 W. Neuso Dr, Las vegas NV, but office was found to be closed and the agent was unavailable, Service was then completed by hand-delivery to Scott Stephens, who is the general sales manager and a managing agent of Chapman's Las vegas dodge LLC at 3470 Boolder Hwy.